| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Cosbey, Roger B. | 2. Court or Organization United States District Court, Northern District of Indiana | 3. Date of Report 03/28/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge (full time) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 1130 E Ross Adair Federal Building 1300 S. Harrison Street Fort Wayne, IN 46802 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Friends of the Lincoln Collection of Indiana, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 03/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2013 | Judge's Retirement System, Indiana Public Employee Retirement Fund - State Court Judge's Pension | $30,880.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Indiana State Teachers' Retirement Fund - [ ] Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 03/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 03/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (lines 2-4 below) | D | Dividend | N | T | | | | | |
| 2. -Fidelity Contra Fund | | | | | | | | | |
| 3. -Fidelity Growth Fund | | | | | | | | | |
| 4. -Fidelity Freedom 2020 Fund | | | | | | | | | |
| 5. IRA #2 (lines 6-8 below) | D | Dividend | M | T | | | | | |
| 6. -Fidelity Contra Fund | | | | | | | | | |
| 7. -Fidelity Int'l Discovery | | | | | | | | | |
| 8. -Fidelity Value | | | | | | | | | |
| 9. Fifth Third Bank | A | Interest | J | T | | | | | |
| 10. Brokerage Account #1 (lines 11-51 below) | | | | | | | | | |
| 11. - Apple Inc Common Stock | C | Dividend | M | T | | | | | |
| 12. - BP Common Stock | B | Dividend | K | T | | | | | |
| 13. - CSCO Common Stock | A | Dividend | J | T | | | | | |
| 14. - Citigroup Common Stock | A | Dividend | | | Sold | 9/24/13 | J | | |
| 15. - EXC Common Stock | B | Dividend | J | T | | | | | |
| 16. - XOM Common Stock | B | Dividend | M | T | | | | | |
| 17. - NEE Common Stock (Formerly known as FPL) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 03/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - GE Common Stock | A | Dividend | | | Sold | 9/24/13 | K | B | |
| 19. - VOD Common Stock (X) | A | Dividend | K | T | Buy (add'l) | 3/14/13 | J | | |
| 20. - HON Common Stock | A | Dividend | K | T | | | | | |
| 21. - MSFT Common Stock | A | Dividend | | | Sold | 6/14/13 | J | C | |
| 22. - NWS Common Stock | A | Dividend | | | Sold | 9/24/13 | J | A | |
| 23. - PG Common Stock | A | Dividend | K | T | | | | | |
| 24. - RCL Common Stock | A | Dividend | | | Sold | 9/24/13 | J | A | |
| 25. - ABT Common Stock | A | Dividend | | | Sold | 9/24/13 | J | C | |
| 26. - BAX Common Stock | A | Dividend | J | T | | | | | |
| 27. - PFE Common Stock | A | Dividend | K | T | | | | | |
| 28. - ElementsRograGtr | | None | | | Sold | 6/11/13 | J | A | |
| 29. - American Funds Cap. World Growth Income Fund | A | Dividend | J | T | | | | | |
| 30. - Columbia Tax Exempt Fund | C | Dividend | L | T | | | | | |
| 31. - Eaton Vance Muns. Tr. Nat. Muns. Fd. | B | Dividend | K | T | | | | | |
| 32. - American Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 33. - Franklin High Yeld Tax Free Inc. Fund | B | Dividend | L | T | | | | | |
| 34. - Franklin FL Tax FreeIncome Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 03/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - MFS FLA Mun. Bond Fund | B | Dividend | K | T | | | | | |
| 36. - American Funds New World Fund | A | Dividend | J | T | | | | | |
| 37. - American Washington Mut. Investors Fund | A | Dividend | | | Sold | 6/11/13 | M | D | |
| 38. - ING Group NV Preferred Stock | A | Dividend | J | T | | | | | |
| 39. - Indiana Health EDL Financing Auth Bond | A | Interest | K | T | | | | | |
| 40. - Nuveen High Yield Muni Bond Fund | B | Interest | K | T | | | | | |
| 41. - Oppenheimer AMT Free Muni. Fund | A | Interest | | | Sold | 9/24/13 | K | | |
| 42. - Indiana State Fin Auth. Revenue Bond | A | Interest | J | T | | | | | |
| 43. - Nuveen New York Div. Adv. Munic Bond | A | Dividend | J | T | | | | | |
| 44. - Lord Abbett Short Dur. Tax Free Fund | A | Interest | K | T | | | | | |
| 45. - Lord Abbett Intermed. Tax Free Fund | A | Interest | J | T | | | | | |
| 46. - Nuveen MD Prem Income Muni Fund | A | Dividend | J | T | | | | | |
| 47. -ABBV Common Stock (spinoff of ABT) | A | Dividend | K | T | | | | | |
| 48. Fox Common Stock (partial exchange NWS Common Stock) | A | Dividend | | | Sold | 9/24/13 | J | C | |
| 49. -FIA Card Svs - Money Market | A | Interest | J | T | | | | | |
| 50. -Bank of America - Money Market #1 | A | Interest | J | T | | | | | |
| 51. -Bank of America - Money Market #2 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 03/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Sec. VII, Line 1. This IRA consists of three funds: Fidelity Contra; Fidelity Growth; and Fidelity Freedom 2020 Fund. The 2012 report inadvertently failed to include the (-) to reflect this fact.

Sec. VII, Line 5. This IRA consists of three funds: Fidelity Contra Fund; Fidelity International Discovery; and Fidelity Value. The 2012 report inadvertently failed to include the (-) to reflect this fact.

Sec. VII, Line 49. This money market account appears in the 2012 report at Sec. VII, Line 13. The 2012 report is hereby amended to show that the account should have been depicted as a part of Brokerage Account #1, Section VII, Line 18 (2012 report). In addition, the 2012 report is amended to note that this account should have showed a "M" value code and an "A" income code. The account is now correctly shown as part of Brokerage Account #1, Section VII, Line 10.

Sec. VII, Line 50. This money market account appears in the 2012 report at Sec. VII, Line 14. The 2012 report is hereby amended to show that the account should have been depicted as a part of Brokerage Account #1, Sec. VII, Line 18 (2012 report). In addition, the 2012 report is amended to note that this account should have showed a "K" value code and an "A" income code. The account is now correctly shown as part of Brokerage Account #1, Sec. VII, Line 10.

Sec. VII, Line 51. This money market account was inadvertly omitted from the 2012 report and should have been shown as part of Brokerage Account #1, Sec. VII, Line 18, and the 2012 report is amended accordingly. The 2012 report is further amended to note that this account should have showed a "L" value code and an "A" income code. The account was acquired on 8/29/2012 by the transfer of funds from the FIA Card Services money market. The account is correctly shown as part of Brokerage Account #1, Sec. VII, Line 10.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger B. Cosbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544